## Nagorski, Patrick (CAO)

| | |
|---|---|
| **From:** | Nagorski, Patrick (CAO) |
| **Sent:** | Wednesday, November 11, 2015 1:14 PM |
| **To:** | borisov1927@gmail.com |
| **Subject:** | Motion to Dismiss and Motion to Extend Time to File Brief |
| **Attachments:** | Borisov Motion to Dismiss Appeal - lack of jurisdiction.docx; Borisov Motion to extend time to file brief.docx |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/12/2015 4:08:31 PM
CHRISTOPHER A. PRINE
Clerk

Mr. Borisov,

Thank you for your time.

Before I file the Motion to Require Appellant to Rebrief, I am going to file a Motion to Dismiss for lack of jurisdiction and a motion for extension of time for filing the appellee's brief.

Are you opposed to either or both of these motions?

If I don't hear back from you tomorrow I will say that you are opposed to both of them and then file them with the Court of Appeals.

Thank you again for your time.

Sincerely,

Patrick Nagorski
Assistant County Attorney
Harris County Attorney's Office
713-274-5221

**CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT:** Emails and attachments received from us may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.



EXHIBIT

A

**Nagorski, Patrick (CAO)**

| | |
|---|---|
| **From:** | Alexandr Borisov <borisov1927@gmail.com> |
| **Sent:** | Thursday, November 12, 2015 2:09 PM |
| **To:** | Nagorski, Patrick (CAO) |
| **Subject:** | Answer. From at Nov.3. |

Dear Mr. Patrick:

Condition: 1. Ms. Keels is the clerk of SCCourt (there is a truth).
2. You should read for what I charge She: a) misrepresented before Judge plaintiff's petition- witness same Judge; b) misdirected the Judge's grant; c) distort before the Judge plaintiff's next lawsuit resulting the Judge insulted plaintiff in presence more then 50 people; d)causing defense self failed my notice of appeal against the Judgment.

More in fear of responsibility for multiple facts of malpractice and frauds she, being chief clrerk of SCCourt, tried to disappear from her place,that longed lawsuit to next have ear.     3.Considering of irresponsible Ms. Keels you should thinking of the TRUTH.     Sincerely

1